# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

__Carlos Brooks__

Inmate Identification Number: __197616__

(Enter above the full name of the plaintiff in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

__Cedric Specks et. al__
__Corizon Medical Services et al__
__Officer Hill__
__Officer Young__

(Enter above full name(s) of the defendant(s) in this action)

CV-17-HS-0044-S

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )         No (✓)

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff: _____

             Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Fountain Correctional Facility

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No ( ✓ )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No ( ✓ )

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not:  There's no greviance system in the Alabama Dept of Corrections

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Carlos Brooks

Address Fountain Correctional Facility 3800 Fountain Atmore Alabama 36503

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Cedric Specks

Is employed as Warden

at Donaldson Correctional Facility 100 Warrior Lane Bessemer, Al 35203

C. Additional Defendants Corizon Medical Services, Officer Hill, Officer Young are employed at the Donaldson C.F. 100 Warrior Lane Bessemer, Alabama 35203

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On or about October 2015, I was in the dayroom area when a inmate from the blind came and stabbed me in officer Young's Assigned Post which he had intentionally Abandoned. The Cubical officer officer Hill hit the emergency Code but was and did fail to assist me as I was profusely bleeding until I passed out from

4

loss of blood. Officer Young refused to and or intentionally failed to respond to the emergency code by coming to his assigned post and as a result I had to be carried to the Infirmary by inmates. No medical personnel came to the unit to assist me and as a result I loss a lot of blood and had nerve damage from the wound.

V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Settle this dispute as to whether the state was At fault in violation of the 8th Amendment USCA for failing to provide Adequate security and medical attention/personnel and set the merits of the Complaint for A Trial by Jury

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-4-2017               X

X  Carlos Brasher
SIGNATURE

ADDRESS  FCC

3800 Fountain

Atmore Ala 36503

AIS #  197616